BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
KIMBERLY A. SANCHEZ
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED
MAR 2 0 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:13-CR-086 AWI/BAM |
| Plaintiff, ) | |
| v. ) | ORDER RE: MOTION TO UNSEAL INDICTMENT |
| MAXIMILANO SANCHEZ, ) | |
| Defendants. ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on March 7, 2013 be unsealed.

DATED: 3/20/13

_____
U.S. MAGISTRATE JUDGE

2